JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES - GENERAL

| Case No. | CV 21-1740 PA (ASx) | Date | September 1, 2021 |
|---|---|---|---|
| Title | Federal Insurance Co. v. Toto U.S.A., et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|

| Kamilla Sali-Suleyman | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**　　　IN CHAMBERS

　　　Pursuant to the parties' Joint Report, in which they "agree and stipulate to the remand of this action to Los Angeles Superior Court," the Court remands this action to Los Angeles Superior Court, Case Number 20STCV46099.

　　　IT IS SO ORDERED.